# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL PATRICK JOLIVETTE,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.,*<br><br>Defendants. | CASE NO.: 3:16-CV-00092-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#4[1]) entered on March 10, 2016, recommending that the Court deny Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) and dismiss this action with prejudice. On March 23, 2016, Plaintiff filed his Objection to the Magistrates Finding and Recommendations (ECF #5).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#4) entered on March 10, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 26th day of April, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.