AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

PAUL PATRICK JOLIVETTE,

    Plaintiff,

V.

STATE OF CALIFORNIA, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:16-cv-00092-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **dismissed with prejudice.**

April 26, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk