**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL PATRICK JOLIVETTE,

    Plaintiff,

vs.

STATE OF CALIFORNIA,

    Defendant.

3:16-cv-00092-RCJ-WGC

**ORDER**

Plaintiff Paul Jolivette applied to proceed *in forma pauperis* against the State of California in February 2016. In April 2016, the Court adopted a report and recommendation to deny his application and dismiss the proposed action with prejudice because Plaintiff, a prisoner in the custody of the California Department of Corrections and Rehabilitation, had stated in his application that he would not authorize payments under 28 U.S.C. § 1915(b)(2) and because the proposed action was a frivolous attempt to register a purported judgment of a non-existent court. While his appeal was pending, Plaintiff asked the Court to enforce a purported settlement agreement. The Court denied the motion, because there was no settlement agreement to enforce. The documents attached to the motion appeared to be copies of the fictitious judgment and other documents of the non-existent "Adjudicator Court." The Court of Appeals has since dismissed the appeal as frivolous, and the mandate has issued. Plaintiff has now asked the Court to enter a default judgment in his favor, attaching a proposed judgment for over $10 million.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Entry of Default (ECF No. 28) is DENIED.

IT IS FURTHER ORDERED that the Clerk shall accept no further filings in this case.

IT IS SO ORDERED.

Dated: This 27th day of September, 2017.

_____
ROBERT C. JONES
United States District Judge